### EXL v. GORDON.

(Supreme Court, Appellate Division, First Department. March 6, 1908.)

VENUE—CHANGE—CONVENIENCE OF WITNESSES.

    In an action for assault, a change of venue should have been granted to the county where the cause of action arose, where a great majority of the witnesses resided there.

    [Ed. Note.—For cases in point, see Cent. Dig. vol. 48, Venue, §§ 76, 77.]

Appeal from Special Term, New York County.

Argued before PATTERSON, P. J., and McLAUGHLIN, IN-GRAHAM, CLARKE, and SCOTT, JJ.

Frank H. Osborn, for appellant.
Frank Herwig, for respondent.

PER CURIAM. The action is to recover for an assault which plaintiff alleges was committed upon her by the defendant at Tanners-ville, Greene county. The order appealed from denied a motion to change the place of trial from the county of New York to the county of Greene for the convenience of witnesses. We are satisfied, from an inspection of the record, that the great majority of the witnesses of the transactions complained of reside in the county where the cause of action arose. We therefore think that the motion should have been granted.

The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion for a change of venue to Greene county granted, with $10 costs.

---

## EXL v. GORDON.

(Supreme Court, Appellate Division, First Department. March 6, 1908.)

Appeal from Special Term, New York County.

Action by Samuel Exl against Amos Gordon. From an order denying a motion for a change of venue, defendant appeals. Reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, Mc-LAUGHLIN, CLARKE, and SCOTT, JJ.

Frank H. Osborn, for appellant.
Frank Herwig, for respondent.

